Case 2:08-cv-08097-VBK   Document 20   Filed 09/30/09   Page 1 of 1   Page ID #:345

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARGARITA REYES, | ) | No. CV 08-08097-VBK |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: September 30, 2009                /s/
                                          VICTOR B. KENTON
                                          UNITED STATES MAGISTRATE JUDGE